DONELLA ADMINISTRATRIX, ETC. *v.* CRADY.

[No. 19,554. Filed October 29, 1962. Rehearing denied November 16, 1962. Transfer denied July 3, 1963.]

*John D. Raikos* and *Steers, Klee, Jay & Sullivan,* both of Indianapolis, for appellant.

*Nieter, Smith, Blume & Wyneken,* of Fort Wayne, for appellee.

JACKSON, J.—The petition to transfer is denied. By denying transfer herein we do not thereby approve of all the language of the Appellate Court opinion.

Myers, C. J., not participating; Achor, Arterburn and Landis, JJ., concur.

NOTE.—Reported in 191 N. E. 2d 499.